# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT J. LAWS, III, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-001032-APG-CWH<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO DISMISS**<br><br>(ECF No. 12) |

In light of the stay in this case (ECF No. 5),

IT IS ORDERED that defendant Tantalum Trust's motion to dismiss **(ECF No. 12) is DENIED without prejudice** to refile once the stay is lifted.

DATED this 8th day of June, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE