1

DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for The Bank of New York Mellon
fka The Bank of New York, as Trustee for the
Certificateholders of CWALT, Inc.,
Alternative Loan Trust 2005-54CB,
Mortgage Pass-Through Certificates, Series
2005-54CB*

2

3

4

5

6

7

8

9

10

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

11

12

**UNITED STATES DISTRICT COURT**

13

**DISTRICT OF NEVADA**

14

THE BANK OF NEW YORK MELLON FKA
THE BANK OF NEW YORK, AS TRUSTEE
FOR THE CERTIFICATEHOLDERS OF
CWALT, INC., ALTERNATIVE LOAN TRUST
2005-54CB, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2005-54CB,

Plaintiff,

vs.

ROBERT J. LAWS III, ALEXANDRA LAWS
F/K/A ALEXANDRA CARTER, LAWS
FAMILY TRUST, TANTALUM TRUST,
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., DOE INDIVIDUALS I-X,
inclusive, and ROE CORPORATIONS I-X,
inclusive,

Defendants.

Case No.: 2:17-cv-01032-APG-DJA

**STIPULATION AND ORDER TO
DISMISS ACTION AS TO TANTALUM
TRUST**

15

16

17

18

19

20

21

22

23

24

25

PLEASE TAKE NOTE that The Bank of New York Mellon fka The Bank of New York, as

26

Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-54CB, Mortgage

27

Pass-Through Certificates, Series 2005-54CB (**BoNYM**), and Tantalum Trust (the **Trust**), by and

28

through their respective counsel of record, hereby stipulate and agree that the above-entitled action

50731732;1

shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41(a)(2) as to, and only as to,

the Trust. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

**IT IS SO STIPULATED.**

DATED this 17th day of December, 2019.

<table>
<tr><td>

**AKERMAN LLP**

By: */s/ Jamie K. Combs*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-54CB, Mortgage Pass-Through Certificates, Series 2005-54CB*

</td><td>

**AYON LAW, PLLC**

By: */s/ Luis A. Ayon*
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
8716 Spanish Ridge Avenue, Suite 115
Las Vegas, NV 89148

*Attorneys for Tantalum Trust*

</td></tr>
</table>

**ORDER**

IT IS SO ORDERED.

_____
**UNITED STATES DISTRICT COURT JUDGE**

Dated: December 17, 2019.

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

50731732;1