# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON, | Case No.: 2:17-cv-01032-APG-DJA |
| Plaintiff | **Order for Status Report** |
| v. | |
| ROBERT J. LAWS, III, et al., | |
| Defendants | |

I ORDER the parties to file a status report regarding what, if anything, remains of this case by January 31, 2020.

DATED this 9th day of January, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE